**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| § | **CASE NUMBER 6:19-CR-0038-JDK** |
| **v.** § | |
| § | |
| § | |
| **VICTOR HUGO BARRIOS** § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS**
**OF FACT AND RECOMMENDATION ON GUILTY PLEA**

On this day, the Court considered the Findings of Fact and Recommendation of United States Magistrate Judge John D. Love regarding Defendant Victor Hugo Barrios' plea of guilty to Count One with a violation of Title 8 U.S.C. § 1326(a) and (b) (1) – Illegal Reentry Following Removal.

Having conducted a proceeding in the form and manner prescribed by Federal Rule of Criminal Procedure 11, the Magistrate Judge recommends that the Court accept Defendant's guilty plea. The parties waived their right to file objections to the Findings of Fact and Recommendation. The Court is of the opinion that the Findings of Fact and Recommendation should be accepted.

It is accordingly **ORDERED** that the Findings of Fact and Recommendation of the United States Magistrate Judge, filed July 15, 2020, are hereby **ADOPTED**.

It is furthered **ORDERED** that the Defendant's guilty plea is accepted and approved by the Court. Further, the Plea Agreement is approved by the Court, conditioned upon a review of the presentence report

It is further **ORDERED** that Defendant's guilty plea is accepted and approved by the Court.  Finally, the Plea Agreement is approved by the Court, conditioned upon a review of the presentence report.

So **ORDERED** and **SIGNED** this **17th**   day of  **July, 2020.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE